# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| KIMBERLY HILL, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-cv-4110 |
| v. | ) |
| PRE-EMPLOY.COM, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Pre-employ.com, Inc. ("Pre-employ"), by and through its counsel of record, hereby removes this action from the Circuit Court of Cole County, Missouri to the United States District Court for the Western District of Missouri.

1. Defendant has been named in a civil action brought against them in the Circuit Court of Cole County, Missouri, captioned *Kimberly Hill v. Pre-employ.com, Inc.*, Case No. 18AC-CC00127. This action was initiated when plaintiff filed her "Complaint" (the "Complaint") in the Circuit Court of Cole County, Missouri on or about April 4, 2018. (**Complaint attached hereto as Exhibit A**).

2. Defendant Pre-employ was served with summons and the Complaint in this matter on or about May 1, 2018 and this Notice is filed with the Court within 30 days thereof. *See* 28 U.S.C. § 1446(b). This Notice was filed within one year of the commencement of this action and is therefore timely. *Id.*

### GROUNDS FOR REMOVAL

**Federal Question**

3. Plaintiff asserts two causes of action in the Complaint, each alleging the violation of federal law.

4. In Count I, plaintiff alleges defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

5. In Count II, plaintiff alleges defendant violated the Drivers Privacy Protection Act, 18 U.S.C. § 2721 *et seq.* ("DPPA").

6. The District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint involves questions of federal law.

7. Accordingly, plaintiff's claims may properly be removed to this court pursuant to 28 U.S.C. § 1441(a).

8. Venue is proper in this Court, as the United States District Court for the Western District of Missouri encompasses Cole County, Missouri.

**General Allegations**

9. This court has original jurisdiction of this action under 28 U.S.C. § 1331, because plaintiff's Complaint involves questions of federal law.

10. A copy of this Notice of Removal will be filed in the Circuit Court of Cole County, Missouri, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446(d). **(A copy of the Notice of Removal to be filed in Circuit Court of Cole County, Missouri, is attached hereto as Exhibit B)**.

11. Copies of all process, pleadings, and orders served upon defendant in the state court action have been attached as **Exhibit C**, pursuant to 28 U.S.C. § 1446(a).

12. The Notice of Removal has been served on all adverse parties that have been served or appeared in this action pursuant to 28 U.S.C. § 1446(d).  **(A copy of the Notice of Removal served on adverse parties is attached hereto as Exhibit D**).

13. Accordingly, defendants may remove this entire action to this Court as a matter of right pursuant to 28 U.S.C. § 1441.

RESPECTFULLY SUBMITTED BY:

　 */s/ John L. Kellogg*
John L. Kellogg　　　　　MO 46533
Patrick D. Murphy　　　　MO 52890
RASMUSSEN DICKEY MOORE, L.L.C.
1001 East 101st Terrace, Suite 300
Kansas City, Missouri 64131
(816) 960-1611 telephone
(816) 960-1669 facsimile
jkellogg@rdm.law
pmurphy@rdm.law

**Attorneys for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was sent by electronic mail and U.S. Mail, this 31st day of May, 2018, to:

Charles Brown, Esq.
Jayson Watkins, Esq.
Brown & Watkins LLC
301 S. US 169 Highway
Gower, MO  64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

Attorneys for plaintiff

                *John  L.  Kellogg*_____

_____
                An Attorney for defendants