IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KIMBERLY HILL, | ) |
|            Plaintiff, | ) |
| vs. | ) Case No. 2:18-cv-04110-MDH |
| PRE-EMPLOY.COM, INC., | ) |
|            Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation for Dismissal (Doc. 23). The parties stipulate that the matter should be dismissed with prejudice, each party to bear their own costs and attorneys' fees. Wherefore, the Court **GRANTS** the parties' Stipulation for Dismissal and hereby dismisses this case in its entirety with prejudice, and with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 4, 2019

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**